**McCONNELL & CARPENTER, INC.**

v.

**Frances TONEY.**

**No. 81–326–M.P.**

Supreme Court of Rhode Island.

July 16, 1981.

Higgins, Cavanagh & Cooney, Harold E. Adams, Providence, for plaintiff-respondent.

Lovett & Linder, Ltd., Aram Schefrin, Providence, for defendant-petitioner.

ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

■

**Ronald OAKES**

v.

**CITY OF PROVIDENCE.**

**No. 81–350–A.**

Supreme Court of Rhode Island.

July 16, 1981.

Brian J. Sarault, Providence, for plaintiff.

Edward R. DiPippo, Frank Mastrati, Jr., Asst. City Sols., Providence, for defendant.

ORDER

This case came before the court on the City's motion to stay a Superior Court order granting plaintiff's prayer for the issuance of a writ of mandamus pending this appeal. Upon review of the record however, we find that no evidentiary hearing on the petition for mandamus was conducted below and therefore, we are unable to review the correctness of the trial judge's ruling.

Accordingly, the defendant's appeal is hereby sustained, the order granting the petition for writ of mandamus is vacated, and the case is remanded to the Superior Court in order that an evidentiary hearing may be conducted on the plaintiff's complaint.

MURRAY, J., did not participate.

■

**Norma G. SWEET**

v.

**Morris SWEET.**

**No. 81–53–A.**

Supreme Court of Rhode Island.

July 16, 1981.

Howard I. Lipsey, Providence, for plaintiff.

Brosco & Brosco, A. J. Brosco, Providence, for defendant.

ORDER

The plaintiff's motion to affirm the order of the Family Court pursuant to Rule 16(g) is granted.

MURRAY, J., did not participate.